**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kentral SMITH, a/k/a Kentral Ward,**
**Defendant—Appellant.**

**No. 09–6668.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 6, 2009.

Kentral Smith, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kentral Smith appeals the district court's order denying his motion challenging the location of his detention. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 6:08–cr–00237–GRA–1 (D.S.C. filed Mar. 11, 2009; entered Mar. 12, 2009).* We further deny the motions

---

* To the extent Smith seeks to appeal the district court's order entered on September 25, 2008, denying relief on a similar motion, we dismiss the appeal as untimely filed. The district court granted Smith's motion for extension of time to file a notice of appeal of that order, directing him to file the notice of appeal by January 10, 2009. Smith, however, did not file his notice of appeal until April 27, 2009.

for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*